UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No: 05-80233-Civ (Hurley/Hopkins)

RICHARD E. LINDSTROM, et al.,
Plaintiffs,

v.

SEAWEST FINANCIAL CORPORATION
Defendant.
_____/

## VOLUNTARY DISMISSAL WITH PREJUDICE

The Plaintiffs, by and through their undersigned attorney, hereby files this their Notice of Voluntary Dismissal of any and all claims against the Defendants, with prejudice, pursuant to Rule 1.420(a)(1) of the Florida Rules of Civil Procedure. Parties hereto shall bear their respective costs and attorneys fees.

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by U.S. Mail to Scott B. Newman, Holland & Knight LLP, Attorneys for Defendant, 222 Lakeview Avenue, Suite 1000, West Palm Beach, FL 33401 this November 2, 2005.

HARRY WINDERMAN, ESQ.
Attorney for Plaintiff
Florida Bar No. 0209562
One Boca Place
2255 Glades Road, Suite 218A
Boca Raton, Florida 33431
Telephone (561) 241-0332
Facsimile (561) 241-5266

NON-COMPLIANCE OF S.D. fla. L.R. 5.1A2
5.1A5